(137 So. 676)

**Earl GARGUS v. STATE.**

6 Div. 35.

Supreme Court of Alabama.

Nov. 19, 1931.

P. A. Nash, of Oneonta, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

FOSTER, J.

Petition of Earl Gargus for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Gargus v. State, 137 So. 675.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.